# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   JAMES P MCHUGH JR　　　　　§　　　Case No.: 11-45867
　　　　 DEBORAH A MCHUGH　　　　　 §
　　　　　　　　　　　　　　　　　　§
　　　　 Debtor(s)　　　　　　　　　　§

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/12/2011.

2) This case was confirmed on N/A.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 02/23/2012.

6) Number of months from filing to the last payment: 2

7) Number of months case was pending: 7

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $ 95,786.00

10) Amount of unsecured claims discharged without payment $ .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 600.00 |
| Less amount refunded to debtor | $ | 600.00 |
| **NET RECEIPTS** | $ | .00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | .00 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | .00 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | .00 |
| Attorney fees paid and disclosed by debtor | $ | 3,500.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| BANK OF AMERICA NA | OTHER | NA | NA | NA | .00 | .00 |
| BANK OF AMERICA NA | OTHER | NA | NA | NA | .00 | .00 |
| DISCOVER FINANCIAL S | UNSECURED | 7,414.00 | 7,818.95 | 7,818.95 | .00 | .00 |
| DISCOVER FINANCIAL S | UNSECURED | 18,419.00 | 18,419.03 | 18,419.03 | .00 | .00 |
| 914 RIDGE CONDO ASSO | SECURED | .00 | .00 | .00 | .00 | .00 |
| FEDERAL NATIONAL MOR | SECURED | 332,292.00 | 329,912.63 | .00 | .00 | .00 |
| FEDERAL NATIONAL MOR | UNSECURED | 1,575.00 | NA | NA | .00 | .00 |
| BANK OF AMERICA NA | SECURED | 72,285.00 | .00 | .00 | .00 | .00 |
| BANK OF AMERICA NA | UNSECURED | 41,956.00 | NA | NA | .00 | .00 |
| BANK OF AMERICA NA | SECURED | 31,493.00 | .00 | .00 | .00 | .00 |
| BANK OF AMERICA NA | UNSECURED | 31,493.00 | NA | NA | .00 | .00 |
| MB FINANCIAL BANK | SECURED | 7,403.00 | 6,129.15 | .00 | .00 | .00 |
| COOK COUNTY TREASURE | OTHER | .00 | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REV | OTHER | .00 | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REV | OTHER | .00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | OTHER | .00 | NA | NA | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | .00 | NA | NA | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | .00 | NA | NA | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | .00 | NA | NA | .00 | .00 |
| BANK OF AMERICA MORT | OTHER | .00 | NA | NA | .00 | .00 |
| BANK OF AMERICA | OTHER | .00 | NA | NA | .00 | .00 |
| BANK OF AMERICA NA | UNSECURED | 19,874.00 | NA | NA | .00 | .00 |
| BANK OF AMERICA NA | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CITIBANK SOUTH DAKOT | OTHER | .00 | NA | NA | .00 | .00 |
| DISCOVER PRODUCTS IN | OTHER | .00 | NA | NA | .00 | .00 |
| OAK HARBOR CAPITAL | UNSECURED | 1,410.00 | 1,441.94 | 1,441.94 | .00 | .00 |
| OAK HARBOR CAPITAL | UNSECURED | 31,052.00 | 31,052.15 | 31,052.15 | .00 | .00 |
| CITIMORTGAGE INC | OTHER | .00 | NA | NA | .00 | .00 |
| CITIMORTGAGE INC | OTHER | .00 | NA | NA | .00 | .00 |
| GE CAPITAL CONSUMER | OTHER | .00 | NA | NA | .00 | .00 |
| GE MONEY BANK | OTHER | .00 | NA | NA | .00 | .00 |
| HSBC/CARSONS | UNSECURED | 21.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | 77,218.83 | NA | NA | .00 | .00 |
| KOHLS/CHASE | OTHER | .00 | NA | NA | .00 | .00 |
| MARK LESNIAK | OTHER | .00 | NA | NA | .00 | .00 |
| NORTHERN LEASING SYS | UNSECURED | 803.00 | 802.81 | 802.81 | .00 | .00 |
| PNC BANK | OTHER | .00 | NA | NA | .00 | .00 |
| US BANK NA | OTHER | .00 | NA | NA | .00 | .00 |
| VALERI & SVETEA DIMI | OTHER | .00 | NA | NA | .00 | .00 |
| MARK LESNIAK | OTHER | .00 | NA | NA | .00 | .00 |
| VALERI & SVETEA DIMI | OTHER | .00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | NA | 51,846.40 | 51,846.40 | .00 | .00 |
| FEDERAL NATIONAL MOR | SECURED | NA | 3,146.16 | .00 | .00 | .00 |
| FEDERAL NATIONAL MOR | UNSECURED | NA | .00 | 3,146.16 | .00 | .00 |
| FEDERAL NATIONAL MOR | OTHER | NA | NA | NA | .00 | .00 |
| BANK OF AMERICA | OTHER | NA | NA | NA | .00 | .00 |
| 914 RIDGE CONDO ASSO | UNSECURED | NA | NA | NA | .00 | .00 |
| MB FINANCIAL BANK | UNSECURED | NA | .00 | 6,129.15 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 51,846.40 | .00 | .00 |
| **TOTAL PRIORITY:** | 51,846.40 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 68,810.19 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | .00 |
| Disbursements to Creditors | $ | .00 |
| **TOTAL DISBURSEMENTS:** | $ | .00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   05/29/2012              /s/ Tom Vaughn
                                 Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**